# United States District Court

WESTERN DISTRICT OF WASHINGTON

JAY J. FANCHER

        v.

MICHAEL ASTRUE,
Commissioner of Social Security

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C09-5546FDB

__ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The motion to dismiss is GRANTED; and

Plaintiff's claims and causes of action are dismissed.


   December 29, 2009                                                  BRUCE RIFKIN
Date                                                                       Clerk

                                                                               *s/CM Gonzalez*
                                                                  Deputy Clerk